UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:13-cv-02433-MSS-TBM

TED VANZYL,

    Plaintiff,

v.

ANDREU, PALMA, & ANDREU, PL,

    Defendant.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant and files this Answer and Affirmative Defenses to the Plaintiff's Complaint and states:

1. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

2. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

3. Denied.

4. Admitted for jurisdictional purposes only.

5. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

6. Admitted that the TCPA states what it states, as to all other allegations contained herein, denied.

7. Admitted that the TCPA states what it states, as to all other allegations contained herein, denied.

8. Admitted that the TCPA states what it states, as to all other allegations contained herein, denied.

9. Admitted that the TCPA states what it states, as to all other allegations contained herein, denied.

10. Denied.

11. Denied.

12. Defendant re-alleges paragraphs 1 through 11 as if fully restated herein.

13. Denied.

14. Denied.

15. Denied.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

### FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that Plaintiff provided his prior express consent to be called on his cellular telephone.

## FIFTH AFFIRMATIVE DEFENSE

Defendant states that with regard to any declaratory and injunctive relief sought by Plaintiff, such claims are barred because Plaintiff has an adequate remedy at law.

## DEMAND FOR A JURY TRIAL

The Defendant demands a trial by jury of all issues so triable.

WHEREFORE, Defendant respectfully requests an Order dismissing the case and awarding it attorneys' fees and costs.

                                                Respectfully submitted by:

/s/ Dale T. Golden
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
Charles J. McHale, Esquire
FBN:  0026555
201 North Armenia Avenue
Tampa, FL  33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dgolden@gsgfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                /s/ Dale T. Golden
                                                Dale T. Golden, Esquire
                                                Charles J. McHale, Esquire