UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CASE NO.: 8:13-cv-02433-MSS-TBM

TED VANZYL,

    Plaintiff,

v.

ANDREU, PALMA, & ANDREU, PL,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, the Parties in the above styled action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having amicably resolved all matter in controversy, and hereby jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

    Respectfully submitted by:

| | |
|---|---|
| /s/ W. John Gadd | /s/ Benjamin W. Raslavich |
| **W. JOHN GADD, ESQ.** | **BENJAMIN W. RASLAVICH, ESQ.** |
| Florida Bar No. 463061 | Florida Bar No. 0102808 |
| wjd@mazgadd.com | braslavich@gsgfirm.com |
| Bank of America Building | GOLDEN SCAZ GAGAIN, PLLC. |
| 2727 Ulmerton Road-Suite 250 | 201 North Armenia Avenue |
| Clearwater, Florida 33762 | Tampa, Florida 33609 |
| Phone: (727) 524 - 6300 | Telephone: (813) 251-5500 |
| **Attorneys for Plaintiff** | Facsimile: (813) 251-3675 |
| | **Attorney for Defendant** |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Benjamin W. Raslavich
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No. 0102808